1  SAMUEL G. LIVERSIDGE, SBN 180578
   sliversidge@gibsondunn.com
2  TIMOTHY W. LOOSE, SBN 241037
   tloose@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, California 90071-3197
   Telephone: (213) 229-7000
5  Facsimile: (213) 229-7520

*E-FILED - 9/24/09*

6  Attorneys for Defendant,
   HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CASS WILSON, Individually and On Behalf of all Others Similarly Situated and the General Public,<br><br>          Plaintiffs,<br><br>     v.<br><br>HEWLETT-PACKARD COMPANY<br><br>          Defendant. | CASE NO. C 09-02253 RMW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [] ORDER**<br><br>Current Date:     September 25, 2009<br>Time:                  10:30 a.m.<br><br>Requested Date:  October 30, 2009<br>Time:                  10:30 a.m.<br><br>Place:     Courtroom 6, 4th Floor<br>Judge:    The Honorable Ronald M. Whyte |

1

1    **IT IS HEREBY STIPULATED AND AGREED** by and between Defendant Hewlett-
2    Packard Company and Plaintiff Cass Wilson (collectively the "parties") that:
3    WHEREAS, the Case Management Conference in this case is currently set for Friday,
4    September 25, 2009 at 10:30 a.m.;
5    WHEREAS, Defendant Hewlett-Packard Company has yet to file its responsive pleading;
6    WHEREAS, Defendant Hewlett-Packard Company's Motion to Dismiss and Plaintiff Cass
7    Wilson's Motion to Remand are currently under submission;
8    WHEREAS, the parties believe that the extension of time will not prejudice the schedule of
9    the case and may also allow the parties to benefit from the Court's rulings on the submitted motions
10   and a completed set of pleadings when crafting their case management statements and Rule 26
11   Report;
12   ///
13   ///
14   ///
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE          Case No.C 09-02253 RMW
AND [] ORDER

1   THEREFORE, IT IS STIPULATED AND AGREED, by and between Defendant Hewlett-Packard Company and Plaintiff Cass Wilson, through their respective attorneys of record, as follows:

    1.    The Case Management Conference in this matter shall be continued to Friday, October 30, 2009 at 10:30 a.m.

    2.    The deadlines for the parties to file their Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file their Case Management Statements is continued to October 23, 2009.

DATED:  September 10, 2009

GIBSON, DUNN & CRUTCHER LLP

By: _____
       Samuel G. Liversidge

Attorneys for Defendant,
Hewlett-Packard Company

DATED:  September 10, 2009

SHEPHERD FINKELMAN MILLER & SHAH LLP

By: _____
       Nathan Zipperian

Attorneys for Plaintiff,
Cass Wilson

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  September _24_, 2009    _____
       The Honorable Ronald M. Whyte
       United States District Judge

3

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE                   Case No.C 09-02253 RMW
AND [] ORDER