*E-FILED - 10/26/09*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CASS WILSON and DOUGLAS KRUSCHEN, Individually and On Behalf of all Others Similarly Situated and the General Public, Plaintiffs,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>Defendants. | CASE NO. C 09-02253 RMW<br><br>[] ORDER GRANTING STIPULATION TO:<br><br>1. EXTEND TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT; AND<br><br>2. CONTINUE CASE MANAGEMENT CONFERENCE |

The Court, having reviewed the parties' stipulation to extend Defendant Hewlett-Packard Company's time to respond to the Second Amended Complaint and to reschedule the Case Management Conference, and having reviewed the accompanying declaration of counsel, finds good cause and ORDERS as follows:

Defendant Hewlett-Packard Company shall have up to, and including, November 23, 2009 to file and serve its response to Plaintiffs' Second Amended Complaint; and

///

///

///

///

1   The Court reschedules the Case Management Conference from October 30, 2009, at 10:30
2   a.m., to January 15, 2010, at 10:30 a.m.  All deadlines associated with the Case Management
3   Conference shall be continued accordingly.

4   **IT IS SO ORDERED.**

5   Date: 10/26/09                        *Ronald M. Whyte*
                                          _____
6                                         HONORABLE RONALD M. WHYTE
                                          UNITED STATES DISTRICT JUDGE

2

[] ORDER EXTENDING TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT AND
CONTINUING CASE MANAGEMENT CONFERENCE                    Case No.C 09-02253 RMW