**E-FILED on** 5/24/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CASS WILSON, Individually and On Behalf of All Others Similarly Situated and the General Public,<br><br>            Plaintiffs,<br><br>       v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>            Defendant. | No. C-09-2253 RMW<br><br>JUDGMENT |

On January 15, 2010, the court dismissed the complaint with leave to amend.  Plaintiff has since filed a notice of his intent not to amend the complaint and request for entry of judgment.  Accordingly,

It is hereby ordered adjudged and decreed that plaintiff take nothing by way of his complaint and that judgment be entered in favor of defendant.

DATED:        5/24/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-09-2253 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

**Mark F. Anderson**
Email: mark@kabolaw.com

**Counsel for Defendants:**

**Samuel G. Liversidge**
Email: sliversidge@gibsondunn.com

**Timothy William Loose**
Email: tloose@gibsondunn.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   5/24/10                                    TER
                                        **Chambers of Judge Whyte**

JUDGMENT—No. C-09-2253 RMW
TER                                     2